**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**FARMERS AND RANCHERS
COOPERATIVE ASSOCIATION, INC.**                                **PLAINTIFF**

v.                                    No. 4:12-cv-00409 KGB

**TOM VILSACK, SECRETARY
U.S. DEPARTMENT OF AGRICULTURE**                               **DEFENDANT**

**ORDER**

Plaintiff Farmers and Ranchers Cooperative Association, Inc., filed this action against the United States Department of Agriculture in the Circuit Court of Lonoke County, Arkansas, on June 1, 2012. Plaintiff's complaint is signed by Dwight E. Brooks, a nonlawyer. Defendant removed the action to this Court and, on July 12, 2012, filed a motion to dismiss plaintiff's *pro se* complaint (Dkt. No. 4). Plaintiff did not respond to defendant's motion. To date, no attorney has appeared on behalf of plaintiff.

Corporations and other business entities cannot proceed *pro se*. *Ackra Direct Marketing Corp. v. Fingerhut Corp.*, 86 F.3d 852, 857 (8th Cir. 1996). Plaintiff shall have until November 26, 2012 to retain counsel to represent it in this matter. If plaintiff fails to retain counsel by that time, this action will be dismissed.[1]

SO ORDERED this 24th day of October, 2012.

_____
Kristine G. Baker
United States District Judge

---

[1] Also pending is plaintiff's motion for disqualification (Dkt. No. 6). That motion was filed by Mr. Brooks, a nonlawyer, purportedly on behalf of plaintiff. The Court will hold that motion in abeyance until plaintiff obtains counsel.